UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL ARTHUR SABET,

                   Plaintiff,

-against-

FSMB; FDA; HHS; NSF,

                   Defendants.

22-CV-3369 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On January 31, 2008, Plaintiff was barred from filing any new actions without first obtaining from the Court leave to file. *See S.A. Godowner v. Footlocker, Inc.*, No. 07-CV-11042 (KMW) (S.D.N.Y. Jan. 31, 2008), *appeal dismissed*, No. 08-1068-cv (2d Cir. May 29, 2008).[1] Plaintiff files this new *pro se* case and seeks *in forma pauperis* (IFP) status, but has not sought leave from the Court to file. This action is therefore dismissed without prejudice because Plaintiff failed to comply with the January 31, 2008, judgment.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   May 4, 2022
           New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge

---

[1] In *S.A. Godowner*, No. 07-CV-11042 (KMW), Plaintiff sued Footlocker, Inc., under the name "S.A. Godowner." Plaintiff has previously sued Footlocker, Inc., under the names Sabet and Godowner. *See Sabet v. Doe, Owner of Wordmark "Footlocker Inc.,"* No. 07-CV-5882 (DAB) (S.D.N.Y. June 21, 2007) (dismissed for failure to state a claim on which relief may be granted); *Godowner v. Footlocker, Inc.*, No. 08-CV-0338 (KMW) (S.D.N.Y. Jan 15, 2008) (voluntarily withdrawn).