UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL ARTHUR SABET,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>FSMB; FDA; HHS; NSF,<br><br>　　　　　　　　Defendants. | 22-CV-3369 (LTS)<br><br>CIVIL JUDGMENT |

　　Pursuant to the order issued May 4, 2022, dismissing the complaint,

　　IT IS ORDERED, ADJUDGED, AND DECREED that under the January 31, 2008, judgment in *S.A. Godowner v. Footlocker, Inc.*, No. 07-CV-11042 (KMW) (S.D.N.Y. Jan. 31, 2008), the complaint is dismissed without prejudice.

　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:　May 4, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　／s／ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge